## Appendix to Certificate of Interested Parties

Defendants

    United States Department of Education

    Miguel Cardona, in his official capacity as Secretary of Education

Plaintiff

    Career Colleges & Schools of Texas, and its member schools that participate in the William D. Ford Federal Direct Loan:

- Arlington Career Institute
- Asher College
- Auguste Escoffier School of Culinary Arts
- Avenue Five Institute
- Center for Advanced Legal Studies
- Collectiv Academy
- Concorde Career College- Dallas
- Concorde Career College- Grand Prairie
- Concorde Career College, San Antonio
- Culinary Institute LeNotre
- Deluxe Barber College
- ECPI University
- Fortis College- Houston South
- Fortis Institute- Houston North
- Lincoln College of Technology
- McAllen Careers Institute
- Ogle School Hair Skin Nails, Arlington
- Ogle School Hair Skin Nails, Dallas
- Ogle School Hair Skin Nails, Denton
- Ogle School Hair Skin Nails, Fort Worth
- Ogle School Hair Skin Nails, Houston
- Ogle School Hair Skin Nails, Hurst
- Ogle School Hair Skin Nails, North Dallas
- Ogle School Hair Skin Nails, San Antonio
- PCI Health Training Center, Dallas
- PCI Health Training Center, Richardson
- Pima Medical Institute
- Pima Medical Institute, San Antonio
- Southern Careers Institute, Austin
- Southern Careers Institute, Brownsville
- Southern Careers Institute, Corpus Christi

Southern Careers Institute, Harlingen
Southern Careers Institute, Pharr
Southern Careers Institute, San Antonio North
Southern Careers Institute, San Antonio-South
Southern Careers Institute, Waco
Southwest University at El Paso
The College of Health Care Professions, Austin
The College of Health Care Professions, Dallas
The College of Health Care Professions, Fort Worth
The College of Health Care Professions, Houston Southwest
The College of Health Care Professions, McAllen
The College of Health Care Professions, Northwest
The College of Health Care Professions, San Antonio
The College of Health Care Professions, San Antonio South
The Ocean Corporation
Tulsa Welding School & Technology Center
Vogue College of Cosmetology, Fredericksburg Rd.
Vogue College of Cosmetology, Ingram Rd.
Vogue College of Cosmetology, Lubbock
Vogue College of Cosmetology, McAllen
West Coast University
Western Technical College, Main
Western Technical College, Main