**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

REED O'CONNOR                                                                                                                 214/753-2650 Chambers
U.S. District Judge                                                                                              214/753-2657 Facsimile

March 11, 2023

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re:    Career Colleges v. United States (4-23-cv-00206)

Dear Ms. Mitchell:

      I hereby recuse myself from the above styled and numbered case. Please see that it is assigned to another judge per the usual procedure.

                                                Sincerely,

                                               Reed O'Connor
                                               UNITED STATES DISTRICT JUDGE