IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>                  Plaintiff,<br><br>   v..<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>                  Defendants. | Case No. 4:23-cv-206-P |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' Motion to Dismiss or Transfer, ECF No. 12, and the parties' related submissions, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**; and

**ORDERED** that Plaintiffs' complaint, ECF No. 1, is dismissed.

**SIGNED** and **ORDERED** in chambers on this ___ day of _____, 2023.

 

_____
**Hon. Mark T. Pittman
United States District Judge**