AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Career Colleges & Schools of Texas<br>*Plaintiff*<br>v.<br><br>United States Department of Education,<br>et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:23-cv-00206-O |

### Summons in a Civil Action

**TO:** Miguel Cardona, in his official capacity

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Philip Vickers
    Cantey Hanger Plaza
    600 West 6th St Suite 300
    Fort Worth , TX 76102-3685

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 02/28/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00206-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Miguel Cardona, in his official capacity as Secretary of the Dept. of Education
was received by me on *(date)*   February 28, 2023   .

☐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☒  other *(specify)* By sending a copy of the summons and complaint by certified mail to the Office of Miguel Cardona,
400 Maryland Avenue, SW, Washington, DC 20202, as required by FRCP 4(i)(2) on February 28, 2023.

My fees are $  0  _____   for travel and $ _____   for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   March 8, 2023
_____                    _____
                                                             Server's signature

                                           Angela Drake
                                           _____
                                                             Printed name and title

                                           600 West 6th Street, Suite 300, Fort Worth, Texas 76102
                                           _____
                                                             Server's address

Additional information regarding attempted service, etc:

   *See* Exhibit A.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
#### for the
Northern District of Texas

| | | |
|---|---|---|
| Career Colleges & Schools of Texas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:23-cv-00206-O |
| | ) | |
| United States Department of Education, et al | ) | |
| *Defendant* | ) | |

### Summons in a Civil Action

**TO:** Miguel Cardona, in his official capacity

These copies of the summons and complaint are to be either:

(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 801 Cherry Street, Suite 1700,Fort Worth, TX 76102-6897)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip Vickers
Cantey Hanger Plaza
600 West 6th St Suite 300
Fort Worth , TX 76102-3685

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 02/28/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:23-cv-00206-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) ___Miguel Cardona, in his official capacity as Secretary of the Dept. of Education__
was received by me on (*date*) __February 28, 2023__ .

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☒  other (*specify*) By sending a copy of the summons and complaint by certified mail to the civil process clerk a the Office
of the U.S. Attorney for the Northern District of Texas at 801 Cherry Street, Suite 1700, Fort Worth Texas, 76102, as required
by FRCP 4(i)(1)(A) on February 28, 2023.

My fees are $ __0__        for travel and $ _____        for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __March 8, 2023__                    _____
                                                              Server's signature

                                                   Angela Drake
                                          _____
                                                   Printed name and title

                                          600 West 6th Street, Suite 300, Fort Worth, Texas 76102
                                          _____
                                                   Server's address

Additional information regarding attempted service, etc:

*See* Exhibit B.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | | |
|---|---|---|
| <u>Career Colleges & Schools of Texas</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:23-cv-00206-O |
| | ) | |
| <u>United States Department of Education, et al</u> | ) | |
| *Defendant* | ) | |
| | ) | |

**Summons in a Civil Action**

**TO:** Miguel Cardona, in his official capacity

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Philip Vickers
    Cantey Hanger Plaza
    600 West 6th St Suite 300
    Fort Worth , TX 76102-3685

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 02/28/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00206-O

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) Miguel Cardona, in his official capacity as Secretary of the Dept. of Education

was received by me on (*date*) February 28, 2023_____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☒ other (*specify*) By sending a copy of the summons and complaint by certified mail to the U.S. Attorney General at 950
Pennsylvania Avenue, Washington DC 20530, as required by FRCP 4(i)(B) on February 28, 2023.

My fees are $ 0_____        for travel and $ _____        for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: March 8, 2023_____

_____
Server's signature

Angela Drake
_____
Printed name and title

600 West 6th Street, Suite 300, Fort Worth, Texas 76102
_____
Server's address

Additional information regarding attempted service, etc:

*See* Exhibit C.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| Career Colleges & Schools of Texas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:23-cv-00206-O |
| | ) | |
| United States Department of Education, | ) | |
| et al | ) | |
| *Defendant* | ) | |

### Summons in a Civil Action

**TO:** United States Department of Education

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Philip Vickers
    Cantey Hanger Plaza
    600 West 6th St Suite 300
    Fort Worth , TX 76102-3685

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 02/28/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:23-cv-00206-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  The U.S. Department of Education
was received by me on (*date*)  February 28, 2023        .

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☒  other (*specify*) By sending a copy of the summons and complaint by certified mail to the U.S. Department of Education at
400 Maryland Avenue, SW, Washington, DC 20202, as required by FRCP 4(i)(2) on February 28, 2023.

My fees are $ ___0_____    for travel and $ _____    for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ___March 8, 2023_____

_____
Server's signature

Angela Drake
_____
Printed name and title

600 West 6th Street, Suite 300, Fort Forth, Texas 76102
_____
Server's address

Additional information regarding attempted service, etc:

*See* Exhibit D.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | | |
|---|---|---|
| Career Colleges & Schools of Texas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:23-cv-00206-O |
| | ) | |
| United States Department of Education, et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** United States Department of Education

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 801 Cherry Street, Suite 1700,Fort Worth, TX 76102-6897)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Philip Vickers
> Cantey Hanger Plaza
> 600 West 6th St Suite 300
> Fort Worth , TX 76102-3685

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  02/28/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:23-cv-00206-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) The U.S. Department of Education
was received by me on (*date*)  February 28, 2023            .

☐   I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐   I returned the summons unexecuted because _____ ;  or

☒   other (*specify*) By sending a copy of the summons and complaint by certified mail to the civil process clerk a the Office
of the U.S. Attorney for the Northern District of Texas at 801 Cherry Street, Suite 1700, Fort Worth Texas, 76102, as required
by FRCP 4(i)(1)(A) on February 28, 2023.

My fees are $  0              for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  March 8, 2023

_____           _____
                                                          Server's signature

                                            Angela Drake
                                            _____
                                                          Printed name and title

                                            600 West 6th Street, Suite 300, Fort Worth, Texas 76102
                                            _____
                                                          Server's address

Additional information regarding attempted service, etc:

   *See* Exhibit E.

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Career Colleges & Schools of Texas ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:23-cv-00206-O |
| ) | |
| United States Department of Education, et al ) | |
| *Defendant* ) | |

### Summons in a Civil Action

**TO:** United States Department of Education

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip Vickers
Cantey Hanger Plaza
600 West 6th St Suite 300
Fort Worth , TX 76102-3685

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 02/28/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:23-cv-00206-O

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) ___The U.S. Department of Education___

was received by me on (*date*) ___February 28, 2023___.

    ☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

    ☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

    ☐  I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

    ☐  I returned the summons unexecuted because _____ ; or

    ☒  other (*specify*) ___By sending a copy of the summons and complaint by certified mail to the U.S. Attorney General at 950___

Pennsylvania Avenue, Washington DC 20530, as required by FRCP 4(i)(B) on February 28, 2023.

My fees are $ ___0___ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ___March 8, 2023___

_____
Server's signature

Angela Drake

_____
Printed name and title

600 West 6th Street, Suite 300, Fort Worth, Texas 76102

_____
Server's address

Additional information regarding attempted service, etc:

*See* Exhibit F.

# Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U. S. DEPT. OF. EDUCATION
ATTN: DR. CARDONA
400 MARYLAND AVE NW
WASHINGTON DC 20202

9590 9402 7445 2055 2638 32

2. Article Number (Transfer from service label)

7012 1640 0001 3754 0779

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☑ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ail
☐ ___ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICE OF US ATTY
N.D. OF TX
801 CHERRY ST, STE 1700
FORT WORTH TX 76102

9590 9402 7445 2055 2638 01

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kim Bassha_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_Kim Bassham_   3/2/23

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7012 1640 0001 3754 0816

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

Exhibit C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X    MAR 0 6 2023   ☐ Agent<br>                  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>*ATTY. GEN. OF U.S.*<br>*950 PENN. AVE. NW*<br>*WASHINGTON DC 20530* | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7445 2055 2638 56 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ ... il Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☑ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7012 1640 0001 3754 0793 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

# Exhibit D

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U. S. DEPT. OF EDUCATION
400 MARYLAND AVE SW
WASHINGTON DC 20202

9590 9402 7445 2055 2638 25

2. Article Number *(Transfer from service label)*

7012 1640 0001 3754 2612

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Aubrey Hallway_   ☑ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

Aubrey Hallway   3 - 8 - 23

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# Exhibit E

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTY. N.D. OF TEXAS
801 CHERRY ST. STE. 1700
FORTWORTH TX 76102-6897

9590 9402 7445 2055 2638 18

2. Article Number *(Transfer from service label)*

7012 1640 0001 3754 0809

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Kim Bassha
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

Kim Bassham      3/2/23

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

# Exhibit F

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U. S. DEPT. OF EDUCATION
400 MARYLAND AVE SW
WASHINGTON DC. 20202

9590 9402 7445 2055 2638 25

2. Article Number *(Transfer from service label)*

7012 1640 0001 3754 2612

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
Aubrey Holloway   3-8-23

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt