IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>      Plaintiff,<br><br> v..<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>      Defendants. | Case No. 4:23-cv-206-P |

**NOTICE OF APPEARANCE**

 PLEASE TAKE NOTICE that R. Charlie Merritt hereby enters his appearance as counsel of record for the Defendants in this action.

Dated: April 3, 2023     Respectfully submitted,

              BRIAN M. BOYNTON
              Principal Deputy Assistant Attorney General

              MARCIA BERMAN
              Assistant Branch Director

              */s/ R. Charlie Merritt*
              R. CHARLIE MERRITT
              Trial Attorney (VA Bar No. 89400)
              U.S. Department of Justice
              Civil Division, Federal Programs Branch
              1100 L St. NW
              Washington, D.C. 20005
              Telephone: (202) 616-8098
              Facsimile: (202) 616-8470
              E-mail: robert.c.merritt@usdoj.gov

              *Counsel for Defendants*