**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

CAREER COLLEGES & SCHOOLS OF
TEXAS,

          Plaintiff,

    v.

U.S. DEPARTMENT OF EDUCATION
*et al.*,

          Defendants.

Case No. 4:23-cv-206-P

## NOTICE OF APPEARANCE

Please take notice that Christine L. Coogle hereby enters her appearance as counsel of record for Defendants in this action.

Dated: April 4, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Christine L. Coogle*
CHRISTINE L. COOGLE
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*