UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CAREER COLLEGES & SCHOOLS OF TEXAS,**

   Plaintiff,

v.                                                   No. 4:23-CV-0206-P

**UNITED STATES DEPARTMENT OF EDUCATION ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiff's Response to Defendants' Motion to Dismiss for Improper Venue or to Transfer Out of District. ECF No. 26. The Court finds that an expedited reply from Defendants is necessary.

Therefore, the Court **ORDERS** that **on or before April 14, 2023,** Defendants shall file their reply to Plaintiff's response.

**SO ORDERED** on this **10th day of April 2023.**

*[signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE