IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v..<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 4:23-cv-206-P |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendants' motion for an extension of time to respond to Plaintiff's preliminary-injunction motion, ECF No. 32, and the parties' related submissions, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**; and

**ORDERED** that Defendants may respond to Plaintiff's preliminary-injunction motion on or before May 15, 2023.

**SIGNED** and **ORDERED** in chambers on this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**Hon. Mark T. Pittman**
　　　　　　　　　　　　　　　　　　　**United States District Judge**