

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| Jeannette J. Clack<br>Clerk of Court | WESTERN DISTRICT OF TEXAS<br>501 West 5th Street, Ste. 1100<br>Austin, TX  78701 | Philip J. Devlin<br>Chief Deputy |

**April 19, 2023**

RE:  Career Colleges & Schools of Texas v.
United States Department of Education et al
1:23-CV-433-RP, Formerly Case No.  Texas Northern, 4:23-cv-00206

Dear Counsel:

This is to advise you that the above captioned case has been transferred from the Northern District of Texas and filed in this office on April 18, 2023.

The case has been given case number **1:23-CV-433-RP** and assigned to the Honorable Robert Pitman.  It is requested that all future pleadings reflect the case number assigned in this court and that they be filed in the Office of the Clerk at the above address.

Please be sure to review the Local Rules for the Western District of Texas, standing orders for the Austin Division, and the Administrative Policies and Procedures for Electronic Filing.  The *E-Filing and E-Noticing Registration Form* and various other forms are available on our website *www.txwd.uscourts.gov*.

If you have any questions regarding the above information, please do not hesitate to call our office at (512) 916-5896.

Sincerely,


Deputy Clerk/CR