# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Career Colleges & Schools of Texas | § | |
| | § | CIVIL NO: |
| vs. | § | AU:23-CV-00433-RP |
| | § | |
| United States Department of Education, Miguel Cardona | § | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, May 31, 2023 at 09:00 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 25th day of April, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE