## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**Career Colleges & Schools of Texas**

_____

-vs-

**United States Department of Education et al**

_____

**Case No.** _1:23-cv-00433-RP_____

## O R D E R

BE IT REMEMBERED on this the __1st____ day of ____May_____, 20_23_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____**Michael Murray**_____ ("Applicant"), counsel for _____**Plaintiff**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**Plaintiff**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ___1st____ day of ___May_____ 20_23___ .

_____
UNITED STATES DISTRICT JUDGE