**FILED**

May 04, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____

DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**Career Colleges & Schools of Texas**

**-vs-**

Case No.  **1:23-cv-433-RP**

**United States Department of Education et al.**

## O R D E R

BE IT REMEMBERED on this the __4th__ day of _____May_____, 20 23 , there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __**Tor Tarantola**__ ("Applicant"), counsel for _____**Plaintiff**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**Plaintiff**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __4th__ day of _____May_____ 20 23 .

UNITED STATES DISTRICT JUDGE