IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>                            Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>                            Defendants. | Case No. 1:23-cv-00433-RP |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO FILE EXCESS PAGES**

Upon consideration of Defendants' unopposed motion to file excess pages, ECF No. 54, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**; and

**ORDERED** that Defendants may file a brief of up to 40 pages in response to Plaintiff's preliminary-injunction motion.

**SO ORDERED.**

_____
Robert Pitman
UNITED STATES DISTRICT JUDGE