### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

CAREER COLLEGES & SCHOOLS OF
TEXAS,

                              Plaintiff,

            v.

U.S. DEPARTMENT OF EDUCATION *et al.*,

                              Defendants.

Case No. 23-cv-433-RP

### [PROPOSED] ORDER GRANTING DEFENDANTS'
### MOTION TO EXCLUDE EXPERT DECLARATION

Upon consideration of Defendants' Motion to Exclude Expert Declaration, ECF No. 55,

and the parties' related submissions, it is hereby

ORDERED that Defendants' Motion is **GRANTED**.

IT IS SO ORDERED this _____ day of _____, _____.


                              _____
                              ROBERT PITMAN
                              UNITED STATES DISTRICT JUDGE