IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of Education,<br><br>    Defendants. | Case No. 1:23-cv-00433-RP |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR EXCESS PAGES**

  Before the Court is Plaintiff's unopposed motion for excess pages, ECF No. 57. Having considered the motion, and finding good cause to permit Plaintiff to file excess pages,

  **IT IS ORDERED** that Plaintiff's motion is **GRANTED**.

  **IT IS FURTHER ORDERED** that Plaintiff may file a reply brief of up to 25 pages in support of its motion for preliminary injunction, exclusive of the caption, signature block, any certificate, and any accompanying documents.

  **SO ORDERED** on this ____ day of _____, 2023.

                      _____
                      Hon. Robert Pitman
                      UNITED STATES DISTRICT JUDGE