IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of Education,<br><br>    Defendants. | No. 1:23-cv-00433-RP |

**[PROPOSED] ORDER ON MOTION OF PUBLIC CITIZEN AND PROJECT ON PREDATORY STUDENT LENDING FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF DEFENDANTS**

Having reviewed the "Motion of Public Citizen and Project on Predatory Student Lending for Leave to File Brief of Amici Curiae in Support of Defendants" and the entire record herein, the Court orders the motion GRANTED.

SIGNED on May ____, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1