UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAREER COLLEGES & SCHOOLS OF TEXAS

-vs-

UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of Education

Case No.:  1:23-cv-00433-RP

### MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Wendy Liu**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent **amici curiae** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Public Citizen Litigation Group**, with offices at

    Mailing address: **1600 20th Street NW**

    City, State, Zip Code: **Washington, DC 20009**

    Telephone: **202-588-1000**

    Facsimile: **202-588-7795**

    Email: **wliu@citizen.org**

2. Since **2018**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **the District of Columbia**. Applicant's bar license number is **1600942**.

3. Applicant has been admitted to practice before the following courts:

   Court:                                   Admission date:

   **Please see attached Appendix**         _____

   _____                   _____

   _____                   _____

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   **New Jersey. (Applicant resigned without prejudice from the New Jersey bar.)**

   _____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   **N/A**

   _____

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   **N/A**

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

| | |
|---|---|
| Co-counsel: | **Rebecca Eisenbrey** |
| Mailing address: | **769 Centre Street, Ste 166** |
| City, State, Zip Code: | **Jamaica Plain, MA 02130** |
| Telephone: | **(617) 390-2669** |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**Wendy Liu**_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

**Wendy Liu**
[printed name of Applicant]

*[signature]*

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __16th__ day of _____**May**_____, __2023__.

**Wendy Liu**
[printed name of Applicant]

*[signature]*

[signature of Applicant]

- 4 -

## **APPENDIX**

| Court: | Admission Date: |
|---|---|
| New Jersey | 11/11/2014 |
| New York | 05/11/2015 |
| U.S. District Court for the District of Columbia | 12/03/2018 |
| U.S. District Court for the Southern District of New York | 08/18/2017 |
| U.S. Court of Appeals for the 6th Circuit | 10/06/2016 |
| U.S. Court of Appeals for the 9th Circuit | 10/06/2020 |
| U.S. Court of Appeals for the D.C. Circuit | 05/15/2019 |
| U.S. Supreme Court | 01/24/2019 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**CAREER COLLEGES & SCHOOLS OF TEXAS**

-vs-

**UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of Education**

Case No. **1:23-cv-00433-RP**

**O R D E R**

BE IT REMEMBERED on this the _____ day of _____, 20___, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Wendy Liu** ("Applicant"), counsel for **amici curiae** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **amici curiae** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20___.

_____
UNITED STATES DISTRICT JUDGE