UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Career Colleges & Schools of Texas §
§ CIVIL NO:
vs. § AU:23-CV-00433-RP
§
United States Department of Education, et al §

# LIST OF WITNESSES

| BY | PLAINTIFF | BY | DEFENDANT |
|---|---|---|---|
| 1. | Mark Dreyfus | 1. | |
| 2. | Diane Auer Jones | 2. | |
| 3. | | 3. | |
| 4. | | 4. | |
| 5. | | 5. | |
| 6. | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |