**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of Education,<br><br>               Defendants. | Case No. 1:23-cv-00433-RP |

**PLAINTIFF'S OPPOSED EMERGENCY MOTION FOR TEMPORARY
ADMINISTRATIVE INJUNCTION STAYING THE EFFECTIVE DATE OF THE RULE**

In light of the impending July 1, 2023, effective date of the rulemaking at issue in this case, *see* 87 Fed. Reg. 65904 (Nov. 1, 2022) ("Rule"), and in order to allow the Court the necessary time to resolve CCST's motion for preliminary injunction (ECF No. 23), Plaintiff CCST respectfully requests that the Court enter a temporary administrative injunction staying the effective date of the Rule until the Court enters an order deciding the motion. *See* 5 U.S.C. § 705; Fed. R. Civ. P. 62(d); *S. L. V. v. Rosen*, No. SA-21-CV-0017-JKP, 2021 WL 243442, at *7 (W.D. Tex. Jan. 25, 2021) (finding administrative stay of removal order appropriate while determining the court's jurisdiction); *Republican Nat'l Comm. v. Pelosi*, No. CV 22-659 (TJK), 2022 WL 1604670, at *1 (D.D.C. May 20, 2022) (granting a "brief administrative injunction," despite deciding that an injunction pending appeal was unwarranted, so the plaintiff could seek relief from the Court of Appeals); *Trump v. Thompson*, No. 21-5254, 2021 WL 5239098, at *1

(D.C. Cir. Nov. 11, 2021) (granting an emergency motion for administrative injunction in order "to protect the court's jurisdiction"); *see also All. for Hippocratic Med. v. U.S. Food & Drug Admin.*, No. 2:22-CV-223-Z, 2023 WL 2825871, at *32 (N.D. Tex. Apr. 7, 2023) (staying the effective date of challenged agency actions, and also staying the stay so the Government could seek appellate relief).  A temporary injunction is warranted for all of the reasons stated in CCST's briefs supporting that motion.  *See* ECF Nos. 24, 64.  Finally, a very brief stay of the effective date of the Rule will not unduly prejudice Defendants.

   Plaintiff has conferred with Defendants, who oppose this motion.


Dated:  June 27, 2023                                          Respectfully submitted,

                                                               */s/ Allyson B. Baker*
                                                               Allyson B. Baker (*pro hac vice*)
                                                               Meredith L. Boylan (*pro hac vice*)
                                                               Stephen B. Kinnaird (*pro hac vice*)
                                                               Michael Murray (*pro hac vice*)
                                                               Sameer P. Sheikh (*pro hac vice*)
                                                               Tor Tarantola (*pro hac vice*)
                                                               PAUL HASTINGS LLP
                                                               2050 M Street NW
                                                               Washington, DC 20037
                                                               Telephone: (202) 551-1830
                                                               Fax: (202) 551-0330
                                                               Email: allysonbaker@paulhastings.com

                                                               Philip Vickers (TX Bar No. 24051699)
                                                               Katherine Hancock (TX Bar No. 24106048)
                                                               CANTEY HANGER LLP
                                                               600 West 6th Street, Suite 300
                                                               Fort Worth, TX 76102
                                                               Telephone: (817) 877-2800
                                                               Fax: (817) 877-2807
                                                               Email: pvickers@canteyhanger.com

                                                               *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system on June 27, 2023.

*/s/ Allyson B. Baker*
Allyson B. Baker