# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of Education,<br><br>          Defendants. | Case No. 1:23-cv-00433-RP |

**PLAINTIFF'S NOTICE OF EMERGENCY MOTIONS TO COURT OF APPEALS**

Plaintiff Career Colleges and Schools of Texas ("CCST") respectfully notifies the Court that CCST earlier today filed with the Court of Appeals for the Fifth Circuit two motions: Plaintiff-Appellant's Opposed Emergency Motion for Injunction Pending Appeal (attached hereto as Exhibit A) and Plaintiff-Appellant's Opposed Emergency Motion for Administrative Injunction Pending Decision on Motion for Injunction Pending Appeal (attached hereto as Exhibit B).

Dated:  June 30, 2023                           Respectfully submitted,

                                                 /s/ Allyson B. Baker
                                                Allyson B. Baker (*pro hac vice*)
                                                Meredith L. Boylan (*pro hac vice*)
                                                Stephen B. Kinnaird (*pro hac vice*)
                                                Michael Murray (*pro hac vice*)
                                                Sameer P. Sheikh (*pro hac vice*)
                                                Tor Tarantola (*pro hac vice*)
                                                PAUL HASTINGS LLP
                                                2050 M Street NW
                                                Washington, DC 20037
                                                Telephone: (202) 551-1830
                                                Fax: (202) 551-0330
                                                Email: allysonbaker@paulhastings.com

                                                Philip Vickers (TX Bar No. 24051699)
                                                Katherine Hancock (TX Bar No. 24106048)
                                                CANTEY HANGER LLP
                                                600 West 6th Street, Suite 300
                                                Fort Worth, TX 76102
                                                Telephone: (817) 877-2800
                                                Fax: (817) 877-2807
                                                Email: pvickers@canteyhanger.com

                                                *Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system on June 30, 2023.


                                                 /s/ Allyson B. Baker
                                                Allyson B. Baker