# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of Education,<br><br>                Defendants. | Case No. 1:23-cv-00433-RP |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Career Colleges and Schools of Texas hereby appeals to the United States Court of Appeals for the Fifth Circuit from the order entered on June 30, 2023, denying Plaintiff's motion for preliminary injunction.

Dated: June 30, 2023

| | |
|---|---|
| Philip Vickers<br> Texas Bar No. 24051699<br>Katherine Hancock<br> Texas Bar No. 24106048<br>CANTEY HANGER LLP<br>600 West 6th Street, Suite 300<br>Fort Worth, TX 76102<br>pvickers@canteyhanger.com<br>(817) 877-2800 | /s *Allyson B. Baker*<br>Allyson B. Baker (*pro hac vice*)<br>Stephen Kinnaird (*pro hac vice*)<br>Michael Murray (*pro hac vice*)<br>Sameer P. Sheikh (*pro hac vice*)<br>Tor Tarantola (*pro hac vice*)<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, DC 20036<br>allysonbaker@paulhastings.com<br>(202)-551-1830<br><br>*Counsel for Plaintiff* |