FILED
June 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 30, 2023
Lyle W. Cayce
Clerk

No. 23-50489

IN RE CAREER COLLEGES AND SCHOOLS OF TEXAS

*Petitioner.*

---

Original Proceeding
to the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-433 RP

---

UNPUBLISHED ORDER

Before HIGGINBOTHAM, HIGGINSON, and WILLETT, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellant's Opposed Emergency Motion for Administrative Injunction is GRANTED, through and until July 21, 2023. The administrative injunction is limited to the Plaintiff in this case and its members.

IT IS FURTHER ORDERED that Appellant's Opposed Emergency Motion for Injunction Pending Appeal is DENIED.

Any renewed motion for injunction pending appeal should be filed in case number 23-50491 by July 7, 2023. Appellees' response, if any, should

No. 23-50489

be filed by July 12, 2023. Appellant's reply, in any, should be filed by July 14, 2023.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 30, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-50489   In re: Career Colleges
                     USDC No. 1:23-CV-433

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

Mr. Philip Devlin
Mr. Sean Janda
Mr. Stephen Blake Kinnaird
Mr. Cody T. Knapp