United States Court of Appeals
for the Fifth Circuit

FILED
July 20, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

No. 23-50491

Career Colleges and Schools of Texas,

*Plaintiff—Appellant*,

*versus*

United States Department of Education; Miguel Cardona, *Secretary, U.S. Department of Education, in his official capacity as the Secretary of Education*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-433 RP

---

Before Jones, Higginson, and Ho, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the administrative injunction issued on June 30, 2023, is extended through and until July 28, 2023.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-50491    Career Colleges v. EDUC
                        USDC No. 1:23-CV-433

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Roeshawn Johnson, Deputy Clerk
                          504-310-7998

Ms. Allyson B. Baker
Mr. Philip Devlin
Ms. Katherine Hancock
Mr. Stephen Blake Kinnaird
Mr. Cody T. Knapp
Mr. Michael F. Murray
Mr. Tor Tarantola
Ms. Jennifer Utrecht
Mr. Philip Avery Vickers