FILED
July 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
DEPUTY

# United States Court of Appeals for the Fifth Circuit

---

No. 23-50491

---

Career Colleges and Schools of Texas,

*Plaintiff—Appellant*,

*versus*

United States Department of Education; Miguel Cardona, *Secretary, U.S. Department of Education, in his official capacity as the Secretary of Education*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-433 RP

---

Before Jones, Higginson, and Ho, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's Opposed Emergency Motion for Injunction Pending Appeal is carried with the case.

IT IS FURTHER ORDERED that this matter is expedited to the next available randomly designated regular oral argument panel. The Clerk is directed to issue a schedule for expedited briefing thereafter. The administrative stay continues in effect pending further order of the court.

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 28, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-50491    Career Colleges v. EDUC
                       USDC No. 1:23-CV-433

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

Ms. Allyson B. Baker
Mr. Philip Devlin
Ms. Katherine Hancock
Mr. Stephen Blake Kinnaird
Mr. Cody T. Knapp
Mr. Michael F. Murray
Mr. Tor Tarantola
Ms. Jennifer Utrecht
Mr. Philip Avery Vickers

P.S. to All Counsel: In light of this court's order, an expedited briefing schedule will issue under separate cover.