FILED
August 07, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____klw_____
DEPUTY

# United States Court of Appeals for the Fifth Circuit

No. 23-50491

Career Colleges and Schools of Texas,

*Plaintiff—Appellant*,

*versus*

United States Department of Education; Miguel Cardona, *Secretary, U.S. Department of Education, in his official capacity as the Secretary of Education*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-433 RP

---

Before Jones, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellant's Opposed Emergency Motion for Injunction Pending Appeal of the borrower-defense and closed-school provisions of a "Rule" governing student loan discharges, 87 Fed. Reg. 65904 (Nov. 1, 2022), is GRANTED. *See* 5 U.S.C. § 705; *see also Chamber of Com. of United States of Am. v. United States Dep't of Lab.,* 885 F.3d 360, 384 (5th Cir. 2018), *judgment entered sub nom. Chamber of Com. of Am. v.*

*United States Dep't of Lab.*, No. 17-10238, 2018 WL 3301737 (5th Cir. June 21, 2018).

      It is further ORDERED that the case shall be heard by this panel during the sitting commencing November 6, 2023.  It is further ORDERED that the parties may incorporate previous briefing in this matter and use the current briefing schedule to supplement their arguments as necessary.

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 07, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50491   Career Colleges v. EDUC
                  USDC No. 1:23-CV-433

Enclosed is an order entered in this case.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Roeshawn Johnson, Deputy Clerk
                  504-310-7998

Ms. Allyson B. Baker
Mr. Philip Devlin
Ms. Katherine Hancock
Mr. Stephen Blake Kinnaird
Mr. Cody T. Knapp
Mr. Michael F. Murray
Mr. Tor Tarantola
Ms. Jennifer Utrecht
Mr. Philip Avery Vickers