# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 1:23-cv-00433-RP |

## NOTICE

Pursuant to the Court's order of July 25, 2023, ECF No. 84, Defendants provide notice that they, through counsel, transmitted the administrative record to Plaintiff's counsel on August 18, 2023. Attached hereto are the index to and certification of the administrative record.

Dated: August 18, 2023

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　MARCIA BERMAN
　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　*/s/ Christine L. Coogle*
　　　　　　　　　　　　　　　　　　CHRISTINE L. COOGLE (D.C. Bar #1738913)
　　　　　　　　　　　　　　　　　　CODY T. KNAPP (NY #5715438)
　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　1100 L St. NW
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　202-880-0282
　　　　　　　　　　　　　　　　　　christine.l.coogle@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*