IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>                      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION *et al.*,<br><br>                      Defendants. | Case No. 23-cv-433-RP |

## ADMINISTRATIVE RECORD INDEX

**SECTION A – BORROWER DEFENSE: 2022 FINAL RULE**

Borrower Defense: Final Rule, Nov. 1, 2022 ......................................................................... AR-A-0000001

Final Regulations Press Release, Oct. 31, 2022 ..................................................................... AR-A-0000171

RIA Table Supplement – Affordability and Student Loans ............................................... AR-A-0000174

Fact Sheet: Landmark Improvements to Targeted Debt Relief Programs ....................... AR-A-0000301

**SECTION B – BORROWER DEFENSE: NOTICE OF PROPOSED RULEMAKING**

Notice of Proposed Rulemaking (NPRM), July 31, 2022 ..................................................... AR-B-0000306

Fact Sheet: Proposed Regulations to Improve Student Loan Relief Programs ................ AR-B-0000439

**SECTION C - BORROWER DEFENSE: PUBLIC COMMENTS RECEIVED ON NPRM**

Consolidated Comments – Part 1 ........................................................................................... AR-C-0000442

Consolidated Comments – Part 2 ........................................................................................... AR-C-0001442

Consolidated Comments – Part 3 ........................................................................................... AR-C-0002442

Consolidated Comments – Part 4 ........................................................................................... AR-C-0003442

Consolidated Comments – Part 5 ........................................................................................... AR-C-0004442

Consolidated Comments – Part 6 ........................................................................................... AR-C-0005442

Consolidated Comments – Part 7 .................................................................................................AR-C-0006442

Consolidated Comments – Part 8 .................................................................................................AR-C-0007442

Consolidated Comments – Part 9 .................................................................................................AR-C-0008442

**SECTION D – BORROWER DEFENSE:  NOTICE OF INTENT TO ESTABLISH RULEMAKING COMMITTEE**

Notice of Intent to Establish Rulemaking Committee and Public Hearings,
    May 26, 2021................................................................................................................AR-D-0008764

Notice of Negotiator Nominations and Schedule of Committee Meetings,
    August 10, 2021............................................................................................................AR-D-0008766

Negotiated Rulemaking Authority, 20 U.S.C. § 1098a .........................................................AR-D-0008771

Transcript of June 21st Public Hearing .....................................................................................AR-D-0008773

Transcript of June 23rd Public Hearing ....................................................................................AR-D-0008823

Transcript of June 24th Public Hearing ....................................................................................AR-D-0008890

Public Comments Received on Notice of Intent – Part 1 ...................................................AR-D-0008956

Public Comments Received on Notice of Intent – Part 2 ...................................................AR-D-0010605

**SECTION E –NEGOTIATED RULEMAKING SESSION 1, OCTOBER 4–8, 2021**

Committee Member List................................................................................................................ AR-E-0011860

Organizational Protocols ............................................................................................................... AR-E-0011863

Session 1 Agenda ............................................................................................................................ AR-E-0011868

Transcript of Session 1, Day 1, Morning .................................................................................. AR-E-0011869

Transcript of Session 1, Day 1, Afternoon ............................................................................... AR-E-0011950

Transcript of Session 1, Day 2, Morning .................................................................................. AR-E-0012072

Transcript of Session 1, Day 2, Afternoon ............................................................................... AR-E-0012168

Transcript of Session 1, Day 3, Morning .................................................................................. AR-E-0012301

Transcript of Session 1, Day 3, Afternoon ............................................................................... AR-E-0012390

Transcript of Session 1, Day 4, Morning .................................................................................. AR-E-0012526

Transcript of Session 1, Day 4, Afternoon ........................................................................... AR-E-0012586

Transcript of Session 1, Day 5, Morning .............................................................................. AR-E-0012724

Transcript of Session 1, Day 5, Afternoon ........................................................................... AR-E-0012780

Issue Paper #1: Total and Permanent Disability ................................................................. AR-E-0012903

Issue Paper #2: Closed School Discharge ............................................................................ AR-E-0012911

Issue Paper #3: Interest Capitalization ................................................................................. AR-E-0012920

Issue Paper #4: Improving PSLF Application Process ..................................................... AR-E-0012923

Issue Paper #5: PSLF Eligibility ............................................................................................ AR-E-0012925

Public Service Loan Forgiveness: Regulatory Text ............................................................ AR-E-0012927

Issue Paper #6: Borrower Defense Adjudication Process ................................................ AR-E-0012937

Issue Paper #7: Borrower Defense Post-Adjudication ...................................................... AR-E-0012942

Issue Paper #8: Borrower Defense Recovery from Institutions ...................................... AR-E-0012944

Issue Paper #9: Predispute Arbitration and Class Action Waivers ................................. AR-E-0012946

Issue Paper #10: Creating a New Income-Driven Repayment Plan ............................... AR-E-0012954

Issue Paper #11: False Certification Discharge .................................................................. AR-E-0012956

Clarifying the Session 1 Proposal on Automatic Closed School Discharges ................. AR-E-0012968

Fact Sheet: Public Service Loan Forgiveness (PSLF) Program Overhaul ...................... AR-E-0012972

Press Release: Transformational Changes to the PSLF Program .................................... AR-E-0012978

Issue Paper: Prison Education Programs ............................................................................. AR-E-0012980

Unified Agenda Item on Debt Collection Practices .......................................................... AR-E-0012985

Advisor Information: Data on Closures and Degree Conferral ...................................... AR-E-0012986

DCEH Administrator Third Annual Report ...................................................................... AR-E-0012994

Proposed Closed School Discharge Eligibility Date Language ....................................... AR-E-0013059

HHS 2021 Poverty Guidelines ............................................................................................... AR-E-0013060

Poverty Figures ........................................................................................................................ AR-E-0013061

ITT Letter, February 18, 2016 ................................................................................ AR-E-0013065

Memorandum: Protections for Defaulted Borrowers ........................................ AR-E-0013066

Advisory Information: Income-Driven Repayment ........................................... AR-E-0013070

Links Shared in the Chat during Session 1 .......................................................... AR-E-0013077

**SECTION F – NEGOTIATED RULEMAKING SESSION 2, NOVEMBER 1–5, 2021**

Session 2 Agenda ..................................................................................................... AR-F-0013078

Transcript of Session 2, Day 1, Morning ............................................................. AR-F-0013079

Transcript of Session 2, Day 1, Afternoon .......................................................... AR-F-0013171

Transcript of Session 2, Day 2, Morning ............................................................. AR-F-0013282

Transcript of Session 2, Day 2, Afternoon .......................................................... AR-F-0013372

Transcript of Session 2, Day 3, Morning ............................................................. AR-F-0013496

Transcript of Session 2, Day 3, Afternoon .......................................................... AR-F-0013585

Transcript of Session 2, Day 4, Morning ............................................................. AR-F-0013716

Transcript of Session 2, Day 4, Afternoon .......................................................... AR-F-0013805

Transcript of Session 2, Day 5, Morning ............................................................. AR-F-0013914

Transcript of Session 2, Day 5, Afternoon .......................................................... AR-F-0014013

Session 2 Meeting Summary ................................................................................. AR-F-0014144

*Pre-Session 2 Materials from the Department*

Session 2 Agenda ..................................................................................................... AR-F-0014149

Proposed Regulatory Text for Issue Paper #1: Total and Permanent
    Disability Discharge ........................................................................................... AR-F-0014150

Proposed Regulatory Text for Issue Paper #2: Closed School Discharge ....... AR-F-0014156

Proposed Regulatory Text for Issue Paper #3: Interest Capitalization ............ AR-F-0014163

Proposed Regulatory Text for Issue Papers #4 and 5: PSFL .......................... AR-F-0014165

Draft Borrower Defense to Repayment Language ............................................ AR-F-0014173

Proposed Regulatory Text for Issue Papers #6, 7, and 8: Borrower Defense
    to Repayment ................................................................................................AR-F-000014175

Proposed Regulatory Text for Issue Papers #6, 7, and 8: Borrower Defense
    to Repayment – Misrepresentation ..................................................................AR-F-0014196

Proposed Regulatory Text for Issue #9: Predispute Arbitration and Class
    Action Waivers .................................................................................................AR-F-0014201

Proposed Regulatory Text for Issue Paper #10: Income-driven Repayment Plans ........AR-F-0014208

Proposed Regulatory Text for Issue Paper #11: False Certification Discharge ...............AR-F-0014215

Prison Education Programs Proposed Regulatory Text .....................................AR-F-0014224

## Pre-Session 2 Materials from Non-Federal Negotiators

Proposed Regulatory Text for Issue Paper #2: Closed School Discharge ........................AR-F-0014233

Memorandum: False Certification Discharge Regulatory Proposals ..................AR-F-0014240

Memorandum: Borrower Defense Regulatory Proposals ....................................AR-F-0014244

Memorandum: Defaulted Borrowers Proposal ...................................................AR-F-0014248

Income-Contingent Repayment Plans Proposal ..................................................AR-F-0014251

Miscellaneous Repayment Provisions Proposal ...................................................AR-F-0014261

Aggressive Recruitment Definition Proposal ......................................................AR-F-0014263

Closed School Discharge Definition Proposal ....................................................AR-F-0014264

PSLF Regulation proposal ..................................................................................AR-F-0014265

## Session 2 Materials from Non-Federal Negotiators

Prison Education Report-Out for Session 2 .......................................................AR-F-0014268

Total and Permanent Disability Lookback Proposal ...........................................AR-F-0014274

Advisory Information: Interest Capitalization ....................................................AR-F-0014275

Memorandum: Closed School Discharge Regulatory Proposals .......................AR-F-0014283

Memorandum: IDR Proposals ............................................................................AR-F-0014287

Proposed Regulatory Text with Edits for Issue Paper #10: Income-driven
    Repayment Plans ..............................................................................................AR-F-0014293

Proposed Regulatory Text for Issue Papers #4 and 5: PSLF ............................................ AR-F-0014301

Draft Aggressive Recruitment Language .............................................................................. AR-F-0014302

Advisor Information: Closed Schools ................................................................................... AR-F-0014304

Proposed Regulatory Text for Issue Paper #2: Closed School Discharge ...................... AR-F-0014314

Part-Time Faculty Background .............................................................................................. AR-F-0014316

Race, Racism, and Student Loans .......................................................................................... AR-F-0014317

The Importance of "Choice Architecture" for Student Loan Repayment
    Decisions & Outcomes ..................................................................................................... AR-F-0014320

Pew Letter, October 27, 2021 ................................................................................................ AR-F-0014323

Advisor Information: Income-Driven Repayment ............................................................. AR-F-0014331

Memorandum: Married Borrowers ....................................................................................... AR-F-0014348

Links Shared in the Chat During Session 2 ......................................................................... AR-F-0014353

**SECTION G – NEGOTIATED RULEMAKING SESSION 3, DECEMBER 6–10, 2021**

Session 3 Agenda ...................................................................................................................... AR-G-0014357

Revised Committee Member List .......................................................................................... AR-G-0014358

Session 3 Meeting Summary ................................................................................................... AR-G-0014361

Transcript of Session 3, Day 1, Morning ............................................................................. AR-G-0014366

Transcript of Session 3, Day 1, Afternoon .......................................................................... AR-G-0014442

Transcript of Session 3, Day 2, Morning ............................................................................. AR-G-0014523

Transcript of Session 3, Day 2, Afternoon .......................................................................... AR-G-0014608

Transcript of Session 3, Day 3, Morning ............................................................................. AR-G-0014735

Transcript of Session 3, Day 3, Afternoon .......................................................................... AR-G-0014823

Transcript of Session 3, Day 4, Morning ............................................................................. AR-G-0014922

Transcript of Session 3, Day 4, Afternoon .......................................................................... AR-G-0014992

Transcript of Session 3, Day 5, Morning ............................................................................. AR-G-0015107

Transcript of Session 3, Day 5, Afternoon .......................................................................... AR-G-0015179

### Pre-Session 3 Materials from the Department

Proposed Regulatory Text for Issue Paper #1: Total and Permanent Disability Discharge ................................................................................................ AR-G-0015263

Proposed Regulatory Text for Issue Paper #2: Closed School Discharge ........................ AR-G-0015284

Proposed Regulatory Text for Issue Paper #3: Interest Capitalization ............................ AR-G-0015306

Proposed Regulatory Text for Issue Papers #4 and 5: PSFL ............................................ AR-G-0015308

Proposed Regulatory Text for Issue Papers #6, 7, and 8: Aggressive Recruitment ........................................................................................................... AR-G-0015318

Proposed Regulatory Text for Issue Papers #6, 7, and 8: Borrower Defense to Repayment ........................................................................................................ AR-G-0015320

Proposed Regulatory Text for Issue Papers #6, 7, and 8: Misrepresentation ................. AR-G-0015365

Proposed Regulatory Text for Issue #9: Predispute Arbitration and Class Action Waivers ...................................................................................................... AR-G-0015373

Proposed Regulatory Text for Issue Paper #10: Income-Driven Repayment Plans ...... AR-G-0015383

Proposed Regulatory Text for Issue Paper #11: False Certification Discharge .............. AR-G-0015393

Prison Education Programs Proposed Regulatory Text ....................................................... AR-G-0015418

Student Loan Data Trends ........................................................................................................ AR-G-0015430

### Pre-Session 3 Materials from Non-Federal Negotiators

Memorandum: Borrower Defense Individual Process Proposals ...................................... AR-G-0015432

Memorandum: IDR Proposals: Structure of Forgiveness and Discretionary Income Threshold ................................................................................................. AR-G-0015433

Proposed Regulatory Text for Issue Paper #1: Total and Permanent Disability Discharge ................................................................................................ AR-G-0015439

Proposed Regulatory Text with Edits for Issue Paper #10: Income-Driven Repayment Plans ............................................................................................... AR-G-0015445

Borrower Defense to Repayment Language: Additional Aggressive Recruitment Categories ................................................................................... AR-G-0015453

Memorandum: Borrower Defense Group Process Proposals ........................................... AR-G-0015454

Proposed False Certification Text: Unauthorized Loan ..................................................... AR-G-0015456

Memorandum: False Certification Proposals: Disqualifying Status and Group Process ................................................................................................................. AR-G-0015457

Issue #10 – Direct Loan IDR Repayment Simplification .................................................... AR-G-0015459

PSLF Proposal ........................................................................................................................... AR-G-0015461

Loan Forgiveness Proposed Solutions ................................................................................... AR-G-0015466

Proposal to Count Forbearances Toward IDR and PSLF .................................................. AR-G-0015477

Proposal for Omissions as Borrower Defense to Repayment ............................................ AR-G-0015479

### *Session 3 Materials from the Department*

Proposed Regulatory Text for Issue Paper #3: Interest Capitalization ............................. AR-G-0015480

School Closure of Branch Campuses/Additional Locations .............................................. AR-G-0015482

### *Session 3 Materials from Non-Federal Negotiators*

Spousal Loan Statement ........................................................................................................... AR-G-0015485

Memorandum: Compromise & Modification Authority .................................................... AR-G-0015488

Letter regarding Pell/Prison Education Programs ............................................................... AR-G-0015493

Utility Bill Affordability in Colorado .................................................................................... AR-G-0015494

Pre-filed Testimony of John Howat ....................................................................................... AR-G-0015539

Cancellation Timeframes ......................................................................................................... AR-G-0015602

Public Service Loan Forgiveness and the Care Economy ................................................... AR-G-0015603

Released from the Debt Trap: Reforming IDR .................................................................... AR-G-0015616

PEP Amendatory Language .................................................................................................... AR-G-0015617

PEP Amendatory Language .................................................................................................... AR-G-0015618

Prison Education Programs (Draft Consensus Language) .................................................. AR-G-0015631

Proposed Regulatory Text for Issue Paper #11: False Certification Discharge .............. AR-G-0015644

Proposed Regulatory Text for Issue Paper #1: Total and Permanent Disability Discharge ............................................................................................................ AR-G-0015665

Proposed Regulatory Text for Issue Paper #3: Interest Capitalization ............................ AR-G-0015685

## SECTION H – BORROWER DEFENSE: DOCUMENTS CITED IN FINAL RULE OR NPRM

### Articles

Cellini, S.R. (2022). *For-Profit Colleges in the United States: Insights from two decades of research.* The Routledge Handbook of the Economics of Education, 512–523 ........ AR-H-0015686

Cellini, Stephanie Riegg & Nicholas Turner (2019). *Gainfully Employed? Assessing the Employment and Earnings of For-Profit College Students Using Administrative Data.* Journal of Human Resources, 54(2): 342–70 ...................................................... AR-H-0015698

Cellini, S.R., Darolia, R. and Turner, L.J. (2020). *Where Do Students Go When For-Profit Colleges Lose Federal Aid?* American Economic Journal: Economic Policy, 12(2): 46–83 ............................................................................................................... AR-H-0015729

Chakrabarti, Gorton & van der Klaauw (April 3, 2017). *Diplomas to Doorsteps: Education, Student Debt, and Homeownership*, Federal Reserve Bank of New York, Liberty Street Economics ............................................................................... AR-H-0015767

Delisle, J. & Holt, A. (March 2015). *Why Student Loans Are Different: Findings from Six Focus Groups of Student Loan Borrowers.* New America Foundation ........................ AR-H-0015776

Dynarski S., Libassi C., Michelmore K., and Owen S. (2021). "Closing the Gap: The Effect of Reducing Complexity and Uncertainty in College Pricing on the Choices of Low-Income Students." *American Economic Review*, 111(6): 1721–56 .................................................................................................................. AR-H-0015814

Egan, G., Matvos, & Amit S. (May 11, 2021). *Arbitration with Uninformed Consumers.* Harvard Business School Finance Working Paper No. 19-046 ................ AR-H-0015851

Habash, T. & Shireman, R. (April 28, 2016). *How College Enrollment Contracts Limit Students' Rights.* The Century Foundation ........................................................ AR-H-0015920

Herbst, D. (forthcoming). *The Impact of Income-Driven Repayment on Student Borrower Outcomes.* American Economic Journal: Applied Economics .................................... AR-H-0015939

Hillman, N.W. (2014). *College on Credit: A Multilevel Analysis of Student Loan Default.* The Review of Higher Education, 37(2), 169–95 ........................................... AR-H-0015964

Hipple, S.F. & Hammond, L.A. (2016). *Self-Employment in the United States.* U.S. Bureau of Labor Statistics ........................................................................................... AR-H-0015992

Horton, D. & Chandrasekher, A. *After the Revolution: An Empirical Study of Consumer Arbitration* (June 4, 2015), Georgetown Law Journal, Vol. 104, 2015, Forthcoming, UC Davis Legal Studies Research Paper No. 436 ............................... AR-H-0016007

Hurwitz, M. & Smith, J. 2018. *Student Responsiveness To Earnings Data In The College Scorecard*, Economic Inquiry, Western Economic Association International, vol. 56(2), 1220–43......................................................................................................AR-H-0016075

Itzkowitz, M. (2018, August 8). *Want More Students To Pay Down Their Loans? Help Them Graduate.* Third Way............................................................................................AR-H-0016099

Krishnan, K., & Wang, P. (2019). *The Cost of Financing Education: Can Student Debt Hinder Entrepreneurship?* Management Science, 65(10), 4522–54.................................AR-H-0016108

Mezza, A., Ringo, D., Sherlund, S., & Sommer, K. (2020). *Student Loans and Homeownership.* Journal of Labor Economics, 38(1), 215–60 .......................................AR-H-0016141

Monarrez, T. & Washington, K., *Racial and Ethnic Representation in Postsecondary Education.* Urban Institute (June 2020)....................................................................AR-H-0016187

Moretti, E. (2004). *Estimating the Social Return to Higher Education: Evidence from Longitudinal and Repeated Cross-sectional Data.* Journal of Econometrics, 121(1-2), 175–212....................................................................................................AR-H-0016250

Moretti, E. (2004). *Human Capital Externalities in Cities.* Handbook of Regional and Urban Economics (Vol. 4, pp. 2243–91), Elsevier..................................................AR-H-0016288

Oreopoulos, Philip & Uros Petronijevic, *Who Benefits from College? A Review of Research on the Returns to Higher Education*, The Future of Children, Vol. 23, No. 1, 41–65 (2013) ............................................................................................AR-H-0016343

Oreopoulos, P., & Salvanes, K.G. (2011). *Priceless: The Nonpecuniary Benefits of Schooling.* Journal of Economic Perspectives, 25(1), 159–84.........................................AR-H-0016368

Pew Charitable Trusts (2020). *Borrowers Discuss the Challenges of Student Loan Repayment*.................................................................................................................AR-H-0016395

Scott-Clayton, J. (2016). *Black-white disparity in student loan debt more than triples after graduation.* Brookings Institution Evidence Speaks Report, Vol. 2 #3 ........................AR-H-0016448

Scott-Clayton, J. (2018). *The looming student loan default crisis is worse than we thought.* Brookings Institution Evidence Speaks Report, Vol. 2 #34 .......................................AR-H-0016457

Shierholz, H. *Correcting the Record: Consumers Fare Better under Class Actions than Arbitration.* Economic Policy Institute, Aug. 2017 ........................................................AR-H-0016475

Sovern, J., Greenberg, E.E., Kirgis, P.F. and Liu, Y., *Whimsy Little Contracts' with Unexpected Consequences: An Empirical Analysis of Consumer Understanding of Arbitration Agreements.* 75 Maryland Law Review 1 (2015), St. John's Legal Studies Research Paper No. 14-0009 ...............................................................................AR-H-0016477

Youngclaus J and Fresne JA. *Physician Education Debt and the Cost to Attend Medical School: 2020 Update.* Washington, DC: AAMC; 2020. .................................................AR-H-0016613

### *U.S. Department of Education Materials*

U.S. Department of Education, *In re The Hair Cal. Beauty Acad.*, OHA Docket
    No. 2018-13-SP (July 2, 2019) ..................................................................................AR-H-0016655

U.S. Department of Education (2017). *Program Review Guide for Institutions*, Federal
    Student Aid Programs. ...............................................................................................AR-H-0016664

U.S. Department of Education (2022). *Borrower Defense Updates*, StudentAid.gov ...........AR-H-0016789

U.S. Department of Education (April 3, 2009). Dear Colleague Letter, Subject:
    Completion of Loan Verification Certificates, DCL ID: FP09-03 .............................AR-H-0016806

U.S. Department of Education (June 7, 2011). Dear Colleague Letter, Subject:
    Trial Periods of Enrollment, DCL ID: GEN-11-12 .....................................................AR-H-0016808

U.S. Department of Education (March 15, 2019). Electronic Announcement,
    Subject: Guidance concerning some provisions of the 2016 borrower defense
    to repayment regulations, Office of Postsecondary Education .................................AR-H-0016811

U.S. Department of Education (October 28, 2020). Electronic Announcement,
    Subject: Changes to the Public Service Loan Forgiveness Program, Federal
    Student Aid .................................................................................................................AR-H-0016816

U.S. Department of Education (2022). StudentAid.gov, The Limited PSLF
    Waiver Opportunity Ended on Oct. 31, 2022, Federal Student Aid .........................AR-H-0016818

U.S. Department of Education (September 3, 2015). Report, First Report of the
    Special Master for Borrower Defense to the Under Secretary. ...................................AR-H-0016825

U.S. Department of Education (2021). HEA Rulemaking Report, School Closure
    of Branch Campuses/Additional Locations ................................................................AR-H-0016836

U.S. Department of Education (June 16, 2021). Press Release, Department of
    Education Announces Approval of New Categories of Borrower Defense
    Claims Totaling $500 Million in Loan Relief to 18000 Borrowers ............................AR-H-0016839

U.S. Department of Education (February 16, 2022). Press Release, Education
    Department Approves $415 Million in Borrower Defense Claims Including
    for Former DeVry University Students .......................................................................AR-H-0016843

U.S. Department of Education (October 6, 2021). Press Release, U.S.
    Department of Education Announces Transformational Changes to Public
    Service Loan Forgiveness Program, Will Put Over 550,000 Public Service
    Workers Closer to Loan Forgiveness ..........................................................................AR-H-0016849

U.S. Department of Education (July 9, 2021). Press Release, Department of
    Education Approves Borrower Defense Claims Related to Three Additional
    Institutions .................................................................................................................AR-H-0016853

U.S. Department of Education (April 28, 2021). Press Release, Education Department Approves $238 Million Group Discharge for 28,000 Marinello Schools of Beauty Borrowers Based on Borrower Defense Findings ....................... AR-H-0016858

U.S. Department of Education (August 19, 2021). Press Release, Over 323,000 Federal Student Loan Borrowers to Receive $5.8 Billion in Automatic Total and Permanent Disability Discharges .............................................................. AR-H-0016863

U.S. Department of Education (March 23, 2022). Press Release, U.S. Department of Education Announces Steps to Hold Institutions Accountable for Taxpayer Losses. Press Office ....................................................................... AR-H-0016867

U.S. Department of Education (2022). StudentAid.gov, Announcement, IDR Account Adjustments, Federal Student Aid ..................................................... AR-H-0016871

U.S. Department of Education (2019). Annual Report FY 2019, Federal Student Aid ................................................................................................................. AR-H-0016873

### *Other Government Materials*

U.S. Census Bureau (2019). Table 22: *Homeownership Rates by Race and Ethnicity of Householder* ................................................................................................. AR-H-0017071

Consumer Financial Protection Bureau (July 14, 2022). *Bank of America, N.a.*, CFPB No. 2022-CFPB-0004 ¶ 41 ................................................................... AR-H-0017073

Consumer Financial Protection Bureau (March 2015). *Arbitration Study: Report to Congress, pursuant to Dodd-Frank Wall Street Reform and Consumer Protection Act § 1028(a)* ................................................................................................... AR-H-0017121

Consumer Financial Protection Bureau (2020). *Student Loan Serv. Special Ed.*, 27 Supervisory Highlights, Fall 2020, at 8-9 ......................................................... AR-H-0017849

Consumer Financial Protection Bureau (February 26, 2014). Press Release, CFPB Sues For-Profite College Chain ITT for Predatory Lending ...................................... AR-H-0017876

Federal Trade Commission (October 26, 1972). "Cooling-Off Rule" 37 FR 22933, 22937 .................................................................................................. AR-H-0017880

Federal Trade Commission (August 27, 2019). Press Release, Operator of Colorado Technical University and American InterContinental University Will Pay $30 Million to Settle FTC Charges it Used Deceptive Lead Generators to Market Its Schools ............................................................................. AR-H-0017915

Senate Committee on Health, Education, Labor & Pensions (2d Sess. 2012), Report on For Profit Higher Education, S. Doc. No. 112-37, at 67-73 .................... AR-H-0017918

GAO, College Closures: Many Impacted Borrowers Struggled Financially Despite Being Eligible for Loan Discharges (GAO Publication No. 21-105373, Sept. 2021) ................................................................................................ AR-H-0018168

GAO (August 2017). Higher Education: Students Need More Information to Help Reduce Challenges in Transferring College Credits , Reports to Congressional Requesters (GAO Publication No 17-574) ........................................ AR-H-0018188

GAO, Social Security Offsets: Improvements to Program Design Could Better Assist Older Student Loan Borrowers with Obtaining Permitted Relief (GAO Publication No. GAO-17-45, 2016) .................................................................... AR-H-0018251

Federal Trade Commission. *Int'l Harvester Co.*, 104 F.T.C. 949 (1984) .............................. AR-H-0018340

Social Security Administration, Annual Report on Medical Continuing Disability Reviews .................................................................................................................... AR-H-0018481

Internal Revenue Service. Guidance for Employers under the ACA, Identifying Full-time Employees, IRS.gov .................................................................................. AR-H-0018531

Ga. Dep't of Banking & Fin., *Guidance Re: Predatory Lending*, DBF SUP 20-002, at 3 (June 4, 2020) .......................................................................................................... AR-H-0018535

*Sources of Law*

**Cases**

*American Bar Association v. U.S. Department of Education*, 370 F. Supp. 3d 1 (D.D.C. 2019)

*Ass'n of Accredited Cosmetology Schs. v. Alexander*, 774 F. Supp. 655, (D.D.C. 1991)

*Ass'n of Accredited Cosmetology Schs. v. Alexander*, 979 F.2d 859 (D.C. Cir. 1992)

*Ass'n of Priv. Sector Colls. & Univs. v. Duncan*, 110 F. Supp. 3d 176 (D.D.C. 2015)

*Ass'n of Proprietary Colls. v. Duncan*, 107 F. Supp. 3d 332 (S.D.N.Y. 2015)

*Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007)

*BNSF Ry. Co. v. Surface Transp. Bd.*, 526 F.3d 770 (D.C. Cir. 2008)

*Britt v. IEC Corp.*, No. 20-CV-60814, 2021 WL 4147714 (S.D. Fla. Sept. 13, 2021)

*Cal. Ass'n of Priv. Postsecondary Sch. v. DeVos*, 436 F. Supp. 3d 333, 344 (D.D.C. 2020), *vacated as moot*, No. 20-5080, (D.C. Cir. Oct. 14, 2020)

*California v. PEAKS Trust 2009-1*, No. 20STCV35275 (L.A. Cty., Cal. Super. Ct. filed Sept. 15, 2020)

*Caplin v. Everglades Coll. Inc.*, No. 20-CV-21886, 2020 WL 10224161 (S.D. Fla. Nov. 2, 2020)

*Carr et al. v. Grand Canyon Univ., Inc. et al.*, Case No. 1:19-cv-01707-TCB (N.D. Ga. Aug. 19, 2019)

*Cheatham v. Virginia Coll., LLC*, No. 19-CV-04481, 2020 WL 5535684 (N.D. Ga. Sept. 15, 2020)

*Chem. Mfrs. Ass'n v. Dep't of Transp.*, 105 F.3d 702, 705 (D.C. Cir. 1997)

*Cole v. U.S. Dep't of Agric.*, 33 F.3d 1263 (11th Cir. 1994)

*Commodity Futures Trading Comm'n v. Schor*, 478 U.S. 833 (1986)

*Cont'l Training Servs., Inc. v. Cavazos*, 893 F.2d 877, (7th Cir. 1990)

*Delta Jr. Coll., Inc. v. Riley*, 1 F.3d 45 (D.C. Cir. 1993)

*Dunbar v. Foxx,* 246 F. Supp. 3d 401 (D.D.C. 2017)

*F.C.C. v. Fox Television Stations, Inc.*, 556 U.S. 502, (2009)

*FCC v. Pottsville Broad. Co.*, 309 U.S. 134, 138 (1940)

*Federal Trade Comm. v. Career Educ. Corp.*, No. 1:19-cv-05739 (N.D. Ill. Eastern Dist. Oct. 9, 2019)

*FTC V. Figgie Int'l, Inc.*, 994 F.2d 595 (9th Cir. 1993)

*Hadden v. Univ. Acct. Servs.*, No. 18-CV-81385, 2020 WL 7864091 (S.D. Fla. Dec. 31, 2020)

*Hortonville Joint Sch. Dist. No. 1 v. Hortonville Educ. Ass'n*, 426 U.S. 482 (1976)

*Little Co. of Mary Hosp. & Health Care Ctrs. v. Shalala*, 994 F. Supp. 950 (N.D. Ill. 1998)

*Mosley v. Educ. Corp. of Am.*, No. 20-CV-105, 2020 WL 3470174 (N.D. Ala. June 25, 2020)

*Nat'l Tel. Co-op. Ass'n v. FCC*, 563 F.3d 536 (D.C. Cir. 2009)

*New Eng. Power Generators Ass'n, Inc. v. FERC*, 879 F.3d 1192 (D.C. Cir. 2018)

*New York Legal Assistance Group v. Cardona*, No. 20-CV-1414 (S.D.N.Y. Mar. 17, 2021)

*Northport Health Servs. of Ark. v. U.S. Dep't of Health & Human Servs.*, 14 F.4th 856 (8th Cir. 2021)

*Pension Benefit Guar. Corp. ex rel. St. Vincent Catholic Med. Ctrs. Ret. Plan v. Morgan Stanley Inv. Mgmt. Inc.*, 712 F.3d 705 (2d Cir. 2013)

*Ross v. Creighton Univ.*, 957 F.2d 410 (7th Cir. 1992)

*Smiley v. Citibank (S. Dakota), N.A.*, 517 U.S. 735, (1996)

*St. Louis Effort for AIDS v. Huff*, 782 F.3d 1016 (8th Cir. 2015)

*State v. Weinschenk*, 868 A.2d 200 (Me. 2005)

*Stern v. Marshall*, 564 U.S. 462, (2011)

*Sweet v. Cardona*, No. 3:19-cv-03674 (C.D. Cal. filed June 25, 2019)

*Vurimindi v. Fuqua Sch. of Bus.*, 435 F. App'x 129 (3d Cir. July 1, 2011)

*West Virginia v. Envtl. Prot. Agency*, 142 S. Ct. 2587 (2022)

*Young v. Grand Canyon Univ., Inc.*, 980 F.3d 814, 821 (11th Cir. 2020)

**Statutes**

20 U.S.C. 1087 *et seq.*

15 U.S.C. 45(n)

15 U.S.C. 1692

12 U.S.C. 5531(c)(1)(A)

12 U.S.C. 5531(d)(2)

Dodd Frank Wall Street Reform & Consumer Protection Act, PL 111-203 (2010)

940 Mass. Code Regs. 31.06(9)

Delaware Code Ann. Title 6, § 2513

815 Illinois Comp. Stat. Ann. § 505/2

Iowa Code § 714.16 *et seq.*

New Jersey's Consumer Fraud Act, New Jersey Statutes Annotated. 56:8-2 *et seq.*

**Other Legal Resources**

Dobbs & Roberts, Law of Remedies § 3.1 (3d ed. 2018)

Dobbs & Roberts, Law of Remedies §§ 9.1(1), 12.1 (3d ed. 2018)

Fed. R. Civ. P. 59

Restatement (Second) of Contracts § 344 cmt. a (1981)

Restatement (Second) of Contracts § 376 (1981)

Restatement (Third) of Restitution § 13(1) (2011)

Restatement (Third) of Restitution § 54 (2011)

U.C.C. § 3-305(a)

16 CFR part 433