IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of Education,<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-00433-RP |

**PLAINTIFF'S UNOPPOSED MOTION TO CORRECT FILING**

Plaintiff respectfully requests leave to file an amended version of ECF No. 90, Plaintiff's Opposition to Defendants' Motion to Dismiss in Part, in order to correct inadvertent, non-substantive errors in that filing. *See* W.D. Tex. Admin. Policies & Procs. for Elec. Filing § 4(a)(3). The proposed amended filing is attached hereto. Defendants do not oppose this motion.

| | |
|---|---|
| Dated: August 24, 2023 | Respectfully submitted, |

                                               /s/ Allyson B. Baker
                                          Allyson B. Baker (*pro hac vice*)
                                          Meredith L. Boylan (*pro hac vice*)
                                          Stephen B. Kinnaird (*pro hac vice*)
                                          Michael Murray (*pro hac vice*)
                                          Sameer P. Sheikh (*pro hac vice*)
                                          Tor Tarantola (*pro hac vice*)
                                          PAUL HASTINGS LLP
                                          2050 M Street NW
                                          Washington, DC 20037
                                          Telephone: (202) 551-1830
                                          Fax: (202) 551-0330
                                          Email: allysonbaker@paulhastings.com

                                          Philip Vickers (TX Bar No. 24051699)
                                          Katherine Hancock (TX Bar No. 24106048)
                                          CANTEY HANGER LLP
                                          600 West 6th Street, Suite 300
                                          Fort Worth, TX 76102
                                          Telephone: (817) 877-2800
                                          Fax: (817) 877-2807
                                          Email: pvickers@canteyhanger.com

                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system on August 24, 2023.

                                          /s/ Allyson B. Baker
                                          Allyson B. Baker