IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of Education,<br><br>Defendants. | Case No. 1:23-cv-00433-RP |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CORRECT FILING**

Before the Court is Plaintiff's Unopposed Motion to Correct Filing. Having considered the motion, and finding good cause,

**IT IS ORDERED** that Plaintiff's motion is **GRANTED**.

**SO ORDERED** on this ___ day of _____, 2023.

_____
Hon. Robert Pitman
UNITED STATES DISTRICT JUDGE