IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:23-CV-433-RP |
| UNITED STATES DEPARTMENT OF EDUCATION, *and* MIGUEL CARDONA, *in his official capacity as the Secretary of Education*, | | |
| Defendants. | | |

## ORDER

On June 30, 2023, the Court denied Plaintiff Career Colleges & Schools of Texas's ("CCST") motion for a preliminary injunction. (Dkt. 74). That same day, CCST appealed the Court's decision to the Fifth Circuit. (Dkt. 75). A district court has the inherent power to stay proceedings incidental to its power to control the disposition of its docket. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Landis v. N Am. Co.*, 299 U.S. 248, 254–55 (1936); *Wedgeworth v. Fibreboard Corp.*, 706 F.2d 541, 545 (5th Cir. 1983). Accordingly, the Court **ORDERS** that this case is **STAYED** pending disposition of the appeal in the Fifth Circuit.

**SIGNED** on November 1, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE