UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Career Colleges & Schools of Texas | § § | |
| vs. | § § | NO:  AU:23-CV-00433-RP |
| United States Department of Education, Miguel Cardona | § § | |

### ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference  for a status update post-appeal on April 30, 2024  at  02:00 PM .  The parties are directed to use the below dial-in information:

**Please call in 5 minutes prior to start of hearing.**

1. Toll free number:  888-363-4735

2. Access code: 3948919

If there are questions regarding the telephonic appearance, the parties should contact Julie Golden, Courtroom Deputy, at julie_golden@txwd.uscourts.gov.

The use of speaker phones is prohibited during a telephonic appearance.  Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled conference, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to call this case.before they speak.

**SIGNED** on 24th day of April, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE