# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-00433-RP |

## JOINT STATUS REPORT

Consistent with the Court's direction at the May 8, 2024 telephone conference, ECF No. 99, the parties hereby submit the following joint status report:

On May 20, 2024, Defendants timely filed a petition for rehearing en banc before the United States Court of Appeals for the Fifth Circuit. As a result, the appellate proceedings in this matter remain ongoing. Meanwhile, the stay pending appeal that was entered by the Fifth Circuit panel remains in effect. *See* ECF No. 95.

In these circumstances, and as discussed at the May 8, 2024 telephone conference, the parties submit that the Court should maintain its stay of further proceedings pending the final disposition of CCST's appeal. The parties propose to file another joint status report with this Court within 14 days of the final disposition of CCST's appeal, notifying the Court of the outcome of the appeal and proposing an appropriate schedule for further proceedings.

Dated: May 21, 2024

/s Allyson B. Baker
Allyson B. Baker (*pro hac vice*)
Stephen Kinnaird (*pro hac vice*)
Michael Murray (*pro hac vice*)
Sameer P. Sheikh (*pro hac vice*)
Tor Tarantola (*pro hac vice*)
Paul Hastings LLP
2050 M Street NW
Washington, DC 20037
allysonbaker@paulhastings.com
(202)-551-1830

/s Philip Vickers
Philip Vickers
 Texas Bar No. 24051699
Katherine Hancock
 Texas Bar No. 24106048
Cantey Hanger LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
pvickers@canteyhanger.com
(817) 877-2800

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Cody T. Knapp
CHRISTINE L. COOGLE
CODY T. KNAPP (NY #5715438)
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 532-5663
Facsimile: (202) 616-8470
E-mail: cody.t.knapp@usdoj.gov

*Counsel for Defendants*