IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>                    Plaintiff,<br><br>          v.<br><br>U.S. DEPARTMENT OF EDUCATION *et al.*,<br><br>                    Defendants. | Case No. 1:23-cv-00433-RP |

**JOINT STATUS REPORT**

Pursuant to the Court's order of July 26, 2024, ECF No. 101, the parties hereby submit the following joint status report:

As the Court noted, on June 12, 2024, the Fifth Circuit entered an order denying Defendants' petition for rehearing en banc. *See Career Colleges & Schools of Texas v. U.S. Department of Education*, No. 23-50491, Dkt. 106-1 (5th Cir. June 12, 2024). Defendants' deadline to file a petition for writ of certiorari is September 10, 2024. S. Ct. Rule 13.1.

In these circumstances, the parties submit that the Court should maintain its stay of further proceedings pending Defendants' decision whether to seek certiorari and, if applicable, the Supreme Court's decision on such petition and ultimate disposition of the appeal. The parties propose to file another joint status report with this Court within 14 days of either (1) September 10, 2024, if Defendants do not seek certiorari or (2) the Supreme Court's disposition of Defendants' filed petition. The joint status report will notify the Court of such developments and propose an appropriate schedule for further proceedings.

| | |
|---|---|
| Dated: August 7, 2024 | Respectfully submitted, |
| /s Allyson B. Baker<br>Allyson B. Baker (*pro hac vice*)<br>Stephen Kinnaird (*pro hac vice*)<br>Michael Murray (*pro hac vice*)<br>Sameer P. Sheikh (*pro hac vice*)<br>Tor Tarantola (*pro hac vice*)<br>Paul Hastings LLP<br>2050 M Street NW<br>Washington, DC 20037<br>allysonbaker@paulhastings.com<br>(202)-551-1830 | BRIAN M. BOYNTON<br>Principal Deputy Assistant<br>Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>/s/ Christine L. Coogle<br>CHRISTINE L. COOGLE<br>CODY T. KNAPP<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C. 20005<br>202-880-0282<br>christine.l.coogle@usdoj.gov<br><br>*Counsel for Defendants* |
| /s Philip Vickers<br>Philip Vickers<br> Texas Bar No. 24051699<br>Katherine Hancock<br> Texas Bar No. 24106048<br>Cantey Hanger LLP<br>600 West 6th Street, Suite 300<br>Fort Worth, TX 76102<br>pvickers@canteyhanger.com<br>(817) 877-2800<br><br>*Counsel for Plaintiff* | |