IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>                          Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF EDUCATION *et al.*,<br><br>                         Defendants. | Case No. 1:23-cv-00433-RP |

**JOINT STATUS REPORT**

As a follow up to the parties' previous joint status report, ECF No. 102, the parties hereby submit the following joint status report:

On June 12, 2024, the Fifth Circuit entered an order denying Defendants' petition for rehearing en banc. *See Career Colleges & Schools of Tex. v. U.S. Dep't of Educ.*, No. 23-50491, Dkt. 106-1 (5th Cir. June 12, 2024). On August 29, 2024, the U.S. Supreme Court granted Defendants an extension of their deadline to file a petition for writ of certiorari to October 10, 2024. *Dep't of Educ. v. Career Colleges & Schools of Tex.*, No. 24A221 (S. Ct. Aug. 29, 2024).

In these circumstances, the parties again submit that the Court should maintain its stay of further proceedings pending Defendants' decision whether to seek certiorari and, if applicable, the Supreme Court's decision on such petition and ultimate disposition of the appeal. The parties propose to file another joint status report with this Court within 14 days of either (1) October 10, 2024, if Defendants do not seek certiorari or (2) the Supreme Court's disposition of Defendants' filed petition. The joint status report will notify the Court of such developments and propose an appropriate schedule for further proceedings.

| | |
|---|---|
| Dated: September 10, 2024 | Respectfully submitted, |

/s Allyson B. Baker
Allyson B. Baker (*pro hac vice*)
Stephen Kinnaird (*pro hac vice*)
Michael Murray (*pro hac vice*)
Sameer P. Sheikh (*pro hac vice*)
Paul Hastings LLP
2050 M Street NW
Washington, DC 20037
allysonbaker@paulhastings.com
(202)-551-1830

/s Philip Vickers
Philip Vickers
 Texas Bar No. 24051699
Katherine Hancock
 Texas Bar No. 24106048
Cantey Hanger LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
pvickers@canteyhanger.com
(817) 877-2800

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Christine L. Coogle*
CHRISTINE L. COOGLE
CODY T. KNAPP
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*