**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**FILED**
January 14, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____pg_____
DEPUTY

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 10, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Department of Education, et al.
v. Career Colleges and Schools of Texas
No. 24-413
(Your No. 23-50491)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted limited to Question 1 presented by the petition.

Sincerely,

*[signature]*

Scott S. Harris, Clerk