IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>                      Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF EDUCATION *et al.*,<br><br>                      Defendants. | Case No. 1:23-cv-00433-RP |

**JOINT STATUS REPORT**

As a follow up to the parties' previous joint status report, ECF No. 108, the parties submit the following joint status report:

On August 11, 2025, the Supreme Court dismissed the writ of certiorari. *See Dep't of Educ. v. Career Colleges & Schools of Tex.*, No. 24-413 (S. Ct. Aug. 11, 2025). On August 12, 2025, the Fifth Circuit sent a certified copy of the Supreme Court's decision to this Court, along with a letter stating that the Fifth Circuit is awaiting the District Court "to issue an order on limited remand." ECF No. 107.

On September 15, 2025, the parties submitted a joint status report indicating that in light of those circumstances (and changes in personnel at the Department of Education and the Department of Justice), the parties were conferring to determine the appropriate next steps in this case. The parties further indicated their intent to file another joint status report with this Court in 45 days that would propose an appropriate schedule for further proceedings. However, the lapse in government appropriations has interfered with the parties' discussions regarding further proceedings. Accordingly, the parties respectfully propose to file another joint status report within 45 days of the end of the lapse

in appropriations, in which the parties will propose an appropriate schedule for further proceedings in this case.

Dated:  October 30, 2025

 /s/ Allyson B. Baker
Allyson B. Baker (*pro hac vice*)
Meredith Leigh Boylan (*pro hac vice*)
Michael Murray (*pro hac vice*)
Sameer P. Sheikh (*pro hac vice*)
Paul Hastings LLP
2050 M Street NW
Washington, DC  20037
allysonbaker@paulhastings.com
(202) 551-1830

 /s/ Philip Vickers
Philip Vickers
 Texas Bar No. 24051699
Katherine Hancock
 Texas Bar No. 24106048
Cantey Hanger LLP
600 West 6th Street, Suite 300
Fort Worth, TX  76102
pvickers@canteyhanger.com
(817) 877-2800

*Counsel for Plaintiff*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

 /s/ R. Charlie Merritt
R. CHARLIE MERRITT
Senior Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C.  20005
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*