IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00433-RP |

**JOINT STATUS REPORT**

As a follow up to the parties' previous joint status report, ECF No. 109, the parties submit the following joint status report.

On October 30, 2025, the parties submitted a joint status report indicating that the lapse in government appropriations had interfered with discussions regarding an appropriate schedule for further proceedings. In light of that lapse, the parties proposed to extend the deadline to file a joint status report containing an appropriate schedule to 45 days after the end of the lapse in appropriations.

Since that time, the parties have conferred about their positions on the status of this case. Plaintiff has informed the Government Defendants that it intends to file a motion for leave to amend its Complaint. The parties are continuing to confer about whether the Government Defendants will oppose that motion. Accordingly, the parties respectfully propose that:

- By January 30, 2026, Plaintiff will file a motion for leave to amend its Complaint with a proposed First Amended Complaint.

- The parties will continue to confer on whether the Government Defendants will oppose the motion for leave to amend.

- If the Court grants the motion for leave to amend, the parties will confer on a schedule for the Government Defendants to respond to the First Amended Complaint.

Dated: December 26, 2025

Respectfully submitted,

/s Allyson B. Baker
Allyson B. Baker (*pro hac vice*)
Meredith Leigh Boylan (*pro hac vice*)
Michael Murray (*pro hac vice*)
Benjamin W. Snyder (*pro hac vice* pending)
Sameer P. Sheikh (*pro hac vice*)
Paul Hastings LLP
2050 M Street NW
Washington, DC 20037
allysonbaker@paulhastings.com
(202)-551-1830

/s Philip Vickers
Philip Vickers
 Texas Bar No. 24051699
Katherine Hancock
 Texas Bar No. 24106048
Cantey Hanger LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
pvickers@canteyhanger.com
(817) 877-2800

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ Liam C. Holland
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Email: liam.c.holland@usdoj.gov
Tel: 202-514-4964
Fax: 202-616-8470

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and all counsel of record were served electronically through the CM/ECF system.

*/s/ Sameer P. Sheikh*
Sameer P. Sheikh