IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>         Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>         Defendants. | Case No. 1:23-cv-00433-RP |

**STATUS REPORT**

As a follow up to the parties' previous joint status report, ECF No. 113, Plaintiff submits the following status report.

On December 26, 2025, the parties submitted a joint status report indicating the parties' intent that Plaintiff would submit a proposed First Amended Complaint by January 30, 2026. In light of unanticipated delays, however, additional time is necessary to allow for Plaintiff's preparation of the proposed First Amended Complaint and for the Government Defendants' consideration of whether they will consent to amendment of the Complaint under Rule 15 of the Federal Rules of Civil Procedure.

During discussions regarding the timing of the submission of the proposed First Amended Complaint, Counsel for the Government Defendants informed Counsel for the Plaintiff that he is on bereavement leave this week in light of a recent death in his immediate family. Plaintiff, accordingly, proposes the following schedule:

- By February 20, 2026, Plaintiff will file a proposed First Amended Complaint.

1

- Along with the proposed First Amended Complaint, Plaintiff will include either evidence of the Government Defendants' "written consent" to the amendment, Fed. R. Civ. P. 15(a)(1)(2), or a motion requesting leave of Court for the amendment.

- If the Government Defendants consent to the filing of the proposed First Amended Complaint, or the Court grants a motion for leave to amend, the parties will confer on a schedule for the Government Defendants to respond to the First Amended Complaint.

Dated:  January 27, 2026

Respectfully submitted,

/s Allyson B. Baker
Allyson B. Baker (*pro hac vice*)
Meredith Leigh Boylan (*pro hac vice*)
Michael Murray (*pro hac vice*)
Benjamin W. Snyder (*pro hac vice*)
Sameer P. Sheikh (*pro hac vice*)
Paul Hastings LLP
2050 M Street NW
Washington, DC  20037
allysonbaker@paulhastings.com
(202)-551-1830

/s Philip Vickers
Philip Vickers
 Texas Bar No. 24051699
Katherine Hancock
 Texas Bar No. 24106048
Cantey Hanger LLP
600 West 6th Street, Suite 300
Fort Worth, TX  76102
pvickers@canteyhanger.com
(817) 877-2800

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed today with the Clerk of the Court using CM/ECF, and all counsel of record were served electronically through the CM/ECF system.

/s Allyson B. Baker
Allyson B. Baker
