UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and LINDA E. McMAHON, in her official capacity as the Secretary of Education,<br><br>*Defendants*. | Case No. 1:23-CV-00433-RP |

## [PROPOSED] ORDER

Pending before the Court is the Motion for Leave to File First Amended Complaint of Plaintiff Career Colleges & Schools of Texas, filed February 20, 2026 (the "Motion"). Having considered the Motion, the Court's file, and the applicable law, the Court hereby GRANTS the Motion in its entirety.

IT IS ORDERED, therefore, that Plaintiff is granted leave to amend, and the First Amended Complaint attached to the Motion as Exhibit A, is now the live Complaint in this matter.

IT IS SO ORDERED this _____ day of _____, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE