# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION *et al.*,<br><br>      Defendants. | Case No. 1:23-cv-00433-RP |

## JOINT STATUS REPORT

On January 28, 2026, this Court directed the parties to propose, by February 20, 2026, "a timeline for Defendants to respond to any amended complaint." ECF No. 116 (Jan. 28, 2026).

Consistent with the Court's Order, the parties respectfully propose the following schedule:

- If this Court grants Plaintiff's motion for leave to amend, Defendants anticipate filing a motion to dismiss the First Amended Complaint, due within 60 days of the Court's order granting leave to amend.

- Any opposition to the motion to dismiss will be due within 60 days of the filing of the motion to dismiss.

- Any reply in support of the motion to dismiss will be due within 30 days of the filing of the opposition.

- If the Court denies the motion to dismiss in whole or in part, a joint status report including a schedule for any further proceedings, including the time to file an answer, will be due within 30 days of the Court's decision on the motion to dismiss.

#

Dated: February 20, 2026

/s/ *Benjamin W. Snyder*
Allyson B. Baker (*pro hac vice*)
Meredith Leigh Boylan (*pro hac vice*)
Michael Murray (*pro hac vice*)
Benjamin W. Snyder (*pro hac vice*)
Sameer P. Sheikh (*pro hac vice*)
Paul Hastings LLP
2050 M Street NW
Washington, DC 20037
allysonbaker@paulhastings.com
(202)-551-1830

Philip Vickers
 Texas Bar No. 24051699
Katherine Hancock
 Texas Bar No. 24106048
Cantey Hanger LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
pvickers@canteyhanger.com
(817) 877-2800

*Counsel for Plaintiff*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ *Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Email: liam.c.holland@usdoj.gov
Tel: 202-514-4964
Fax: 202-616-8470

*Counsel for Defendants*