# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION *et al.*,<br><br>                Defendants. | Case No. 1:23-cv-00433-RP |

## NOTICE OF NON-OPPOSITION TO
## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Defendants respectfully notify the Court that they do not intend to oppose Plaintiff's motion for leave to amend the Complaint, ECF No. 118, on the condition that the Court enter the motion to dismiss schedule agreed upon in the parties' Joint Status Report, ECF No. 119. Defendants reserve all arguments in favor of dismissal of any claim raised in the Amended Complaint or in favor of misjoinder of the new party that Plaintiff seeks to join in this action.

Dated: March 4, 2026

                                                      Respectfully submitted,

                                                      BRETT A. SHUMATE
                                                    Assistant Attorney General

                                                    MICHELLE R. BENNETT
                                                    Assistant Branch Director

                                                    */s/ Liam C. Holland*
                                                    LIAM C. HOLLAND
                                                    Trial Attorney
                                                    U.S. Department of Justice
                                                    Civil Division
                                                    Federal Programs Branch
                                                    1100 L St. NW
                                                    Washington, D.C. 20005
                                                    Email: liam.c.holland@usdoj.gov
                                                    Tel: 202-514-4964

                                                    *Counsel for Defendants*