**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CAREER COLLEGES & SCHOOLS OF TEXAS, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION *et al*.,<br><br>Defendants. | Case No. 1:23-cv-00433-RP |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully notify the Court of a recent decision issued by the United States District Court for the District of Minnesota in *Tincher v. Mullin*, No. 0:25-cv-4669 (KMM/DTA), 2026 WL 2797318 (D. Minn. Sept. 18, 2026).

In *Tincher*, the parties disputed how to analyze standing after an amended complaint superseded the original one. 2026 WL 2797318, at *4-5. The plaintiffs argued "that because two Complaints [were] filed, the Court should take a bifurcated approach, with the Original Plaintiffs' standing assessed as of the date of filing of the First Complaint, while the New Plaintiffs' standing should be determined at the filing of the Amended Complaint." *Id*. at *4. The defendants argued that "all Plaintiffs' standing should be determined at the time of the Amended Complaint." *Id*.

The *Tincher* court agreed with the defendants. The court explained that "the measure-at-amended-complaint approach comports with the 'well-established' and broad principle 'that an amended complaint supersedes an original complaint and renders the original complaint without legal effect.'" *Id*. at *5 (citation omitted).

The *Tincher* court's opinion supports Defendants' position in support of the pending motion to dismiss that courts look to the operative complaint rather than the original complaint to evaluate standing if the original complaint has been superseded. ECF No. 123 at 13; ECF No. 125 at 6-7.

Dated: September 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ Liam C. Holland
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-514-4964
Liam.c.holland@usdoj.gov

*Counsel for Defendants*